# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES EARL GREY, Jr.,

        Plaintiff,

   v.

SNOHOMISH CORRECTIONS, et al.,

        Defendants.

Case No. C18-900-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and Plaintiff having failed to respond, does hereby find and **ORDER**:

1. The Report and Recommendation is Adopted.
2. The Case is dismissed without prejudice.
3. The Clerk shall send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 4 day of September 2018.

                         RICARDO S. MARTINEZ
                         CHIEF UNITED STATES DISTRICT JUDGE